**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG**

**TERRY LEE SHIFFLETT,**

        **Petitioner,**

**v.**                                      **CIVIL ACTION NO.  3:05CV65
CRIMINAL ACTION NO. 3:99CR42-3
(BROADWATER)**

**UNITED STATES OF AMERICA,**

        **Respondent.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day  the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge James E. Seibert, dated April 12, 2006. Neither party filed any objections to the Report.   After reviewing the above, the Court is of the opinion that the Magistrate Judge's Report and Recommendation **(Document 455 in 3:99CR42 and Document 3 in 3:05CV65)** should be and is hereby **ORDERED** adopted.

The Court further **ORDERS**

1)      that the petition of the petitioner be **DENIED and DISMISSED WITH PREJUDICE** based on the reasons set forth in the Magistrate Judge's Report and Recommendation.   It is further **ORDERED** that this action be and is hereby **STRICKEN** from the active docket of this Court.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of record herein.

**DATED**  this 17th day of August  2006.



**W. CRAIG BROADWATER
UNITED STATES DISTRICT JUDGE**